**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00421-001 SWW

GARY RAY TRUXLER

<u>ORDER</u>

Defendant appeared for a hearing before this Court on September 30, 2009, and entered a plea of guilty to Count 3 of the indictment at which time, counsel for the defendant requested that the defendant be allowed to remain on bond pending sentencing. After arguments of defense counsel and no objection by the government, the Court found that pursuant to 18 U.S.C. §3145(c) defendant has established exceptional reasons that he should not be detained at this time but that the conditions of his bond should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home incarceration with electronic monitoring. The cost of such monitoring shall be paid by the United States Probation Office.

IT IS SO ORDERED this 30th day of September 2009.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE