# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                              NO. 4:08CR00421-001  SWW

GARY RAY TRUXLER                                                              DEFENDANT

## NOTICE OF HEARING AND APPOINTMENT OF COUNSEL

Before the Court is a sealed motion [doc #57].  A hearing is scheduled on **WEDNESDAY, OCTOBER 15, 2014 AT 3:00 P.M.**, Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

Based upon the information provided by the U. S. Probation Office concerning his financial inability to employ counsel, the Court finds that defendant is eligible for appointment of counsel and therefore the Court appoints *Latrece Gray, Assistant Federal Public Defender,* as counsel for this defendant replacing Omar F. Greene, II.

IT IS SO ORDERED this 25th day of September 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE